**UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA**

---

| | |
|---|---|
| Paul Funke, | **Civil No. 04-4715 (RHK/JSM)** |
| Plaintiff, | **ORDER** |
| v. | |
| CSC Credit Services, Inc.; Experian Information Solutions, Inc.; Trans Union LLC; Household Bank (SB), N.A.; Sherman Financial Group LLC d/b/a Sherman Acquisitions; and First USA Bank, | |
| Defendants. | |

---

Pursuant to the Stipulation for Dismissal as to Defendant First USA Bank (Doc. No. 52),

**IT IS ORDERED** that Plaintiff's Complaint against Defendant First USA Bank is **DISMISSED WITH PREJUDICE** and without costs, disbursements or attorney's fees.

Dated: September 26, 2005

                                            s/Richard H. Kyle
                                            RICHARD H. KYLE
                                            United States District Judge